[No. 6583–5–II.   Division Two.   December 20, 1984.]

*In the Matter of the Marriage of* VIVIAN WEST,
*Appellant, and* ROY A. WEST, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 39434, David R. Draper, J., entered October 1,
1982. *Affirmed in part, reversed in part,* and *remanded* by

unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Petrie, J.